**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                                      CASE NO.  3:06cr27-01/RV

EUGENE JEROME SMITH

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   April 28, 2006
Motion/Pleadings:   MOTION to Suppress Evidence
Filed by   Defendant   on 4/25/2006   Doc.#   38
RESPONSES:
                                       on   Doc.#
                                       on   Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

  s/Jerry Marbut
LC (1 OR 2)    Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  28th  day of April , 2006, that:*
*(a) The relief requested is DENIED.*
*(b) See Record of Hearing this date*


  /s/ *Roger Vinson*
***ROGER VINSON***
***Senior United States District Judge***