# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                    CASE NO. 3:06cr27-01/RV

EUGENE J. SMITH

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on May 21, 2007

Motion/Pleadings: MOTION for reconsideration to correct an illegal sentence.

Filed by Defendant on 05/17/2007 Doc.# 130

RESPONSES:

        on          Doc.#

        on          Doc.#

____ Stipulated      ____ Joint Pldg.

____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)          Deputy Clerk: Jerry Marbut

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 21st day of May, 2007, that:*

*(a) The relief requested is DENIED.*

*(b) The sentence has been affirmed and this Court has no jurisdiction to now "reconsider" it.*

/s/ Roger Vinson

**ROGER VINSON**
*Senior United States District Judge*