**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                              CASE NO. 3:06cr27-01/RV

EUGENE JEROME SMITH

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   April 21, 2008
Motion/Pleadings:   Motion for new trial
Filed by   Defendant   on 4/10/2008   Doc.#   164
RESPONSES:
United States   on 4/21/2008   Doc.#   166
   on    Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut
LC (1 OR 2)     Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   22nd day of April  , 2008, that:*
*(a) The relief requested is DENIED.*
*(b) The "newly discovered evidence" fails to meet the five requirements for granting a new trial.* ***See United States v. Jernigan****, 341 F.3d 1273, 1287 (11th Circuit 2003).*

/s/ *Roger Vinson*
***ROGER VINSON***
***Senior United States District Judge***