# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                          CASE NO. 3:06CR27/RV/MD

EUGENE JEROME SMITH

## REFERRAL AND ORDER

Referred to Judge Vinson on     June 18, 2008

Motion/Pleadings: MOTION TO PROCEED *IN FORMA PAUPERIS*

Filed by Defendant      on 5/2/08      Doc.# 174

RESPONSES:

                                                 on              Doc.#

                                                 on              Doc.#

____ Stipulated      ____ Joint Pldg.

____ Unopposed      ____ Consented

                                       WILLIAM M. McCOOL, CLERK OF COURT

                                       *s/ Katherine V. Goodman*

                                       Deputy Clerk: Katherine V. Goodman

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of June, 2008, that:*

*(a) The relief requested is DENIED.*

*(b) This appeal is not taken in good faith and defendant is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3).*

                                             /s/ *Roger Vinson*

                                                 ***ROGER VINSON***
                                                 ***Senior Judge***