# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                        CASE NO.  3:06cr27/RV

EUGENE JEROME SMITH

**REFERRAL AND ORDER**

Referred to Senior Judge Vinson on      August 28, 2008
Type of Motion/Pleading: MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*
Filed by: DEFENDANT              on 8/28/08      Document 201

( )  Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
                                    WILLIAM M. McCOOL, CLERK OF COURT

                                     /s/ *Elizabeth Cooley*
                                    Deputy Clerk: Elizabeth Cooley

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 5th day of September, 2008, that:

(a)   The requested relief is DENIED as moot.
(b)   The filing fee was paid on September 4, 2008.

                                   /s/ *Roger Vinson*
                                   ROGER VINSON
                                   SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                                   Document No.