IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case Nos.   3:06cr27/RV
       3:09cv104/RV/EMT

EUGENE JEROME SMITH
_____/

## REPORT AND RECOMMENDATION

Defendant in this case has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 213). The Government filed a response to the motion (Doc. 221), and Defendant replied (Doc. 223). Now before the court are Defendant's multiple motions for immediate release on bond pending review of the § 2255 motion (Docs. 232, 233, and 234),[1] to which motions the Government has filed a response in opposition (Doc. 235).

In its response, the Government submits that Defendant has failed to cite any authority which would permit his release pending review of his § 2255 motion. Even assuming that such authority existed and applied in this case, the Government states, Defendant would not be entitled to a bond. This is because his motion fails to raise a substantial question of law or fact likely to result in reversal or in an order for a new trial, as evidenced by the failure of his appeals of the sentence imposed and the denial of his motions for a new trial.

For all of the reasons cited by the Government, outlined above and stated more fully in its

---

[1] The initial motion for bond (Doc. 232) was terminated when Defendant filed as a matter of course a first amended motion for bond on December 10, 2010 (Doc. 233). *See* Fed. R. Civ. P. 15(a). Defendant then filed a second amended motion for bond (Doc. 234) on January 3, 2011, without seeking or obtaining leave of court to do so. *See id.* The second amended motion for bond could be rejected for failing to file a motion for leave to amend or, if leave were granted *sua sponte,* the first amended motion could be terminated in light of the filing of the second (Doc. 234). *See* N.D. Fla. Loc. R. 15.1. Because the Government has responded to all three motions, however, the court finds it more convenient to simply include consideration of each of the three motions in this Report and Recommendation.

response (Doc. 235), this court recommends that the motions for immediate release on bond be denied.

It is respectfully **RECOMMENDED** that:

Defendant's motions for bond (Docs. 232, 233, and 234) be denied.

At Pensacola, Florida this 10<u>th</u> day of January 2011.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**
**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**

Case Nos. 3:06cr27/RV; 3:09cv104/RV/EMT