IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                     Case Nos.    3:06cr27/RV
                                                                            3:09cv104/RV/EMT

EUGENE JEROME SMITH

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 10, 2011 (Doc. 236). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motions for bond (Docs. 232, 233, and 234) are denied.

**DONE AND ORDERED** this 24th day of January, 2011.

                                                                     /s/ *Roger Vinson*
                                                                     **ROGER VINSON**
                                                                     **SENIOR UNITED STATES DISTRICT JUDGE**